FILED'08 JUN 04 12:51 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


**ALEKSANDR MIKITYUK,**                                      CV # 04-342-KI

     Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security,**

     Defendant.

_____

     Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.


     DATED this 4th day of June, 2008.

                                   United States District Judge


Submitted on June 3, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1